# IN THE SUPREME COURT OF THE STATE OF NEVADA

RODE PEREZ-PEREZ,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN; THE
STATE OF NEVADA DEPARTMENT
OF CORRECTIONS; AND THE STATE
OF NEVADA,
Respondents.

No. 71007

FILED

MAY 09 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from a district court order denying appellant Rode Perez-Perez's April 22, 2016, postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge. Perez-Perez challenges the computation of time he has served. We affirm.[1]

Perez-Perez complains that the Nevada Department of Corrections (NDOC) is not applying statutory credits to his parole eligibility. The version of NRS 209.4465 that he relies upon applied to

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

17-15422

crimes committed before July 1, 2007. *See* 2007 Nev. Stat., ch. 525, § 22, at 3196. The offense in this case was committed in 2012. Perez-Perez's claim thus lacks merit, and we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Linda Marie Bell, District Judge
Rode Perez-Perez
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A